JANNA L. COUNTRYMAN, Standing Chapter 13 Trustee

Date: December 19, 2014

Check No. 2109630

Check Amount: $16,985.86

### NOTICE TO DEPOSIT UNCLAIMED FUNDS

| Case No. | Claim ID | Debtor Name(s) | Court Claim # | Account No./SSN | Principal | Interest | Total |
|---|---|---|---|---|---|---|---|
| 09-42319-R | 00031 | RAYMOND FRANK SANINO, II & ANITA CAROL SANINO | 6 | XXXXXDEPT | 40.82 | 0.00 | 40.82 |
| | | Original check written to: GARY D. ALLEMAN / 457 FRANKIE LANE / LEWISVILLE, TX 75057-2112 | | | | | |
| 09-43580-R | 10003 | GARY C. & JENNIFER J. FIELD | 1 | XXXXX3336 | 3.25 | 0.00 | 3.25 |
| | | Original check written to: NISSAN MOTOR ACCEPTANCE CORPORATION / P. O. BOX 660366 / DALLAS, TX 75266-0366 | | | | | |
| 10-40322-R | 00006 | KIMBERLY M. BARNETT | 5 | 9241 | 1,130.17 | 0.00 | 1,130.17 |
| | | Original check written to: MEDICAL CITY DALLAS HOSPITAL / C/O B-LINE, LLC / P. O. BOX 91121 MS 550 / SEATTLE, WA 98111-9221 | | | | | |
| 10-40353-R | 00004 | MICHAEL HOWARD KRAMER | 2 | 8325 | 0.00 | 4.70 | 4.70 |
| | | Original check written to: WELLS FARGO HOME MORTGAGE / 1 HOME CAMPUS / MAC#X2302-04C / DES MOINES, IA 50328 | | | | | |
| 10-44149-R | 00035 | GEORGE KOPRIVA | 11 | 6458 | 54.45 | 227.55 | 282.00 |
| | | Original check written to: BAYVIEW LOAN SERVICING, LLC / ATTN: BANKRUPTCY DEPARTMENT / 4425 PONCE DE LEON BLVD 5TH FL / CORAL GABLES, FL 33146 | | | | | |
| 11-40668-R | 00046 | JEFFERSON DAVIS & DONNA KAY NIXON | 18 | 3926 | 0.00 | 703.37 | 703.37 |
| | | Original check written to: BSI FINANCIAL SERVICES, INC. / 314 S. FRANKLIN ST. / PO BOX 517 / TITUSVILLE, PA 16354 | | | | | |

JANNA L. COUNTRYMAN, Standing Chapter 13 Trustee

Date: December 19, 2014

Check No. 2109630

Check Amount: $16,985.86

## NOTICE TO DEPOSIT UNCLAIMED FUNDS

| Case No. | Claim ID | Debtor Name(s) | Court Claim # | Account No./SSN | Principal | Interest | Total |
|---|---|---|---|---|---|---|---|
| 11-40668-R | 00065 | JEFFERSON DAVIS & DONNA KAY NIXON | | XXXXX8666 | 1,626.38 | 0.00 | 1,626.38 |
| | | | | XXXXX1185 | | | |
| | | Original check written to: SELENE FINANCE LP 9990 RICHMOND AVENUE SUITE 400 SOUTH HOUSTON, TX 77042 | | | | | |
| 11-42117-R | 00069 | WILLIE LAWRENCE & RUTH BROTHERTON PEACE | 30 | XXXXX0DEN | 0.00 | 581.53 | 581.53 |
| | | Original check written to: CITY OF DENTON C/O SAWKO AND BURROUGHS, LLP 1100 DALLAS DRIVE, SUITE 100 DENTON, TX 76205 | | | | | |
| 11-42117-R | 00070 | WILLIE LAWRENCE & RUTH BROTHERTON PEACE | 29 | XXXXX0DEN | 0.00 | 1,665.45 | 1,665.45 |
| | | Original check written to: DENTON ISD C/O SAWKO & BURROUGHS 1100 DALLAS DRIVE, SUITE 100 DENTON, TX 76205 | | | | | |
| 11-42739-R | 00016 | STEVEN C. GARDNER & MARIA L. CASADO | 5 | 7174 | 3.87 | 0.00 | 3.87 |
| | | Original check written to: BANK OF AMERICA RETAIL PAYMENT SERVICES P.O BOX 660933 DALLAS, TX 75266 | | | | | |
| 12-40837-R | 00002 | LESA DAWN KLEIN | 4 | IELD | 0.01 | 0.00 | 0.01 |
| | | Original check written to: 24/7 PROPERTY MANAGEMENT PO BOX 940934 PLANO, TX 75094 | | | | | |
| 12-41023-R | 00033 | SHERRY ANNA ABNEY | 15 | XXXXX3521 | 1,400.00 | 392.00 | 1,792.00 |
| | | Original check written to: PLANO ISD 2700 W. 15TH PLANO, TX 75075 | | | | | |

JANNA L. COUNTRYMAN, Standing Chapter 13 Trustee

Date: December 19, 2014

Check No. 2109630

Check Amount: $16,985.86

## NOTICE TO DEPOSIT UNCLAIMED FUNDS

| Case No. | Claim ID | Debtor Name(s) | Court Claim # | Account No./SSN | Principal | Interest | Total |
|---|---|---|---|---|---|---|---|
| 12-41148-R | 00009 | ROBERT E. & BEVERLY K. WALLACE | 5 | 1904 | 474.89 | 171.52 | 646.41 |
| | | Original check written to: TEXAS CAR TITLE AND PAYDAY LOAN SERVICES C/O SALKIN LAW FIRM P.A. 1776 N. PINE ISLAND ROAD SUITE 218 PLANTATION, FL 33322 | | | | | |
| 12-41148-R | 00012 | ROBERT E. & BEVERLY K. WALLACE | 12 | 1739 | 1,077.44 | 75.84 | 1,153.28 |
| | | Original check written to: WELLS FARGO BANK, NA ONE HOME CAMPUS BK PMT PROC/MAC #X2302-04C DES MOINES, IA 50328 | | | | | |
| 12-41830-R | 00008 | RAY CHARLES & ANDRI MEDINA ARNOLD | 7 | 4224 | 27.56 | 0.00 | 27.56 |
| | | Original check written to: ATTORNEY GENERAL OF TEXAS CHILD SUPPORT DISB UNIT P. O. BOX 659791 SAN ANTONIO, TX 78265-9791 | | | | | |
| 12-42449-R | 00008 | JEANNE A. SNEAD | 9 | 3024 | 0.00 | 28.80 | 28.80 |
| | | Original check written to: PACIFIC UNION FINANCIA 1 CORPORATE DRIVE SUITE 360 LAKE ZURICH, IL 60047-8945 | | | | | |
| 13-50070-R | 00008 | FANNIE GRUNDY | 2 | 3362 | 0.00 | 14.13 | 14.13 |
| | | Original check written to: VANDERBILT MORTGAGE AND FINANCE, INC. P. O. BOX 9800 MARYVILLE, TN 37802-9800 | | | | | |
| 13-50070-R | 00009 | FANNIE GRUNDY | 4 | 0300 | 0.00 | 163.76 | 163.76 |
| | | Original check written to: BOWIE CAD P. O. BOX 1269 ROUND ROCK, TX 78680-1269 | | | | | |

JANNA L. COUNTRYMAN, Standing Chapter 13 Trustee

Date: December 19, 2014

Check No. 2109630

Check Amount: $16,985.86

## NOTICE TO DEPOSIT UNCLAIMED FUNDS

| Case No. | Claim ID | Debtor Name(s) | Court Claim # | Account No./SSN | Principal | Interest | Total |
|---|---|---|---|---|---|---|---|
| 13-42461-R | 00002 | WILLIAM E. & JOY JANEEN SHELTON | 1 | XXXXX9900 | 514.13 | 95.25 | 609.38 |
|  |  |  |  | XXXXX3946 |  |  |  |
|  |  | Original check written to: SANTANDER CONSUMER USA P. O. BOX 961278 FORT WORTH, TX 76161 |  |  |  |  |  |
| 13-42689-R | 00018 | ELECHI NENE OTI | 8 | 5260 | 953.59 | 732.80 | 1,686.39 |
|  |  | Original check written to: SELECT PORTFOLIO SERVICING, INC. P. O. BOX 65450 SALT LAKE CITY, UT 84165-0450 |  |  |  |  |  |
|  |  |  | **TOTALS** |  | **$7,306.56** | **$4,856.70** | **$12,163.26** |